# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE'S COURTROOM MINUTES |
| v. | MAGISTRATE NO.: 08-3537 - 01 |
| | DATE OF PROCEEDINGS: February 29, 2008 |
| JOSE LOPEZ | DATE OF ARREST: February 29, 2008 |

PROCEEDINGS: ___Initial Appearance___

(X) COMPLAINT
(X) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
(X) APPT. OF COUNSEL:  __ AFPD   (X) CJA
(X) WAIVER OF HRG.:  (X) PRELIM  __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:   __ GUILTY   __ NOT GUILTY
( ) PLEA AGREEMENT
(X) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

(X) TEMPORARY COMMITMENT
(X) CONSENT TO DETENTION WITH RIGHT TO MAKE A
    BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
    ( ) UNSECURED BOND
    ( ) SURETY BOND SECURED BY PROPERTY/CASH
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH EVALUATION AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR
    ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.       DATE: _____
( ) DETENTION / BAIL HRG.            DATE: _____
( ) TRIAL:   __ COURT    __ JURY     DATE: _____
( ) SENTENCING                       DATE: _____
( ) OTHER: _____     DATE: _____

APPEARANCES:

AUSA _____Dennis Carletta_____

DEFT. COUNSEL _____John Whipple, CJA_____

PROBATION _____

INTERPRETER _____Sara Garcia_____
        Language: (Spanish)

Time Commenced: 2:30 pm
Time Terminated: 3:35 pm
CD No: 08-02

_Lorraine McNerney_
DEPUTY CLERK