AO 92
(Rev. 6/83)

# COMMITMENT

# United States District Court

**DISTRICT**
New Jersey

UNITED STATES OF AMERICA
V.

JOSE LOPEZ

**DOCKET NO.**

**MAGISTRATE CASE NO.**
08-3537 - 01

The above named defendant was arrested upon the complaint of

charging a violation of 21 USC § 846

**DISTRICT OF OFFENSE**
New Jersey

**DATE OF OFFENSE**

**DESCRIPTION OF CHARGES:**

Conspiracy to Distribute & Possess With Intent to Distribute Controlled Substance.

**BOND IS FIXED AT**
$   Detained

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

February 29, 2008
Date

_United States Judge or Magistrate_

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |