DCC/2008R00234

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | Criminal No. 08-721 |
|---|---|---|
| v. | : | 21 U.S.C. § 846 |
| JOSE LOPEZ | : | INFORMATION |

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

From on or about February 26, 2008, through on or about February 28, 2008, in Ocean County, in the District of New Jersey and elsewhere, the defendant

### JOSE LOPEZ

did knowingly and intentionally conspire and agree with others to distribute and to possess with the intent to distribute five hundred grams or more of cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

In violation of Title 21, United States Code, Section 846.

_Christopher J. Christie_
CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY

USAO # 2008R00234

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

JOSE LOPEZ

## INFORMATION FOR

21 U.S.C. § 846

**CHRISTOPHER J. CHRISTIE**
U.S. ATTORNEY NEWARK, NEW JERSEY

DENNIS C. CARLETTA
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 645-2767