# UNITED STATES DISTRICT COURT
## For The District Of New Jersey

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| v. | : | Criminal No. 08- 721 |
| JOSE LOPEZ | : | **WAIVER OF INDICTMENT** |

I, JOSE LOPEZ, the above-named defendant, who is charged with:

knowingly and intentionally conspiring and agreeing with others to distribute and to possess with the intent to distribute five hundred grams or more of cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), in violation of Title 21, United States Code, Section 846,

being advised of the nature of the charge(s), the proposed Information, and of my rights, hereby waive in open court on 9/30/08 _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Jose Lopez
Defendant

_____
David Oakley, Esq.
Counsel for Defendant

Before: _____
HONORABLE
United States District Judge