UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

NEWARK                                                                DATE: 9/30/08

JUDGE:       HAYDEN

CASE: 08-721

COURT REPORTER:   Ralph Florio

**Deputy Clerk:  RoseMarie Guilloty**

**Title of Case:**

U.S.A.   v.  Jose Lopez

**APPEARANCES:**

Denise Carletta, AUSA
David Oakley, Esq.

**Nature of proceedings:      Plea to information**

Interpreter sworn: Sara Garcia
Deft. Sworn.
Deft plead guilty to Count One of the information.
Waiver of Indictment executed and filed.
Information filed.
Rule 11 form filed.
Plea agreement filed.
ORDERED sentence date set for 1/12/09 at 2:00.

ORDERED deft's remanded.

Time in court: 1:00

*RoseMarie Guilloty*
**RoseMarie Guilloty, Deputy Clerk**

cc: chambers