rule11.frm-05

TRIBUNAL FEDERAL DE PRIMERA INSTANCIA
DISTRITO DE NUEVA JERSEY

El Ministerio Público de los
Estados Unidos de América

Causa Penal No. 08-721

- contra -

*Jose Lopez*

SOLICITUD DE PERMISO PARA
ANOTAR OFICIALMENTE UNA
DECLARACIÓN DE CULPABILIDAD

(Acusado con Abogado)

_____, por este medio certifica lo siguiente:

1. Me llamo _Jose J Lopez_ y solicito que todo el proceso en contra mía se adjudique con ese nombre.

2. Entiendo que la Constitución y las leyes de los Estados Unidos me garantizan el derecho a ser representado por un abogado en cada etapa de este proceso, incluyendo cualquier juicio oral por los cargos presentados contra mí, y que si no tengo los recursos para contratar un abogado, el Tribunal me proporcionará uno para que me represente.

3. Tengo un abogado que me representa en este proceso. El nombre de mi abogado es: _D R Cantu_. Estoy conforme de haber tenido suficiente tiempo para tratar este asunto con mi abogado.

4. El inglés [es] [no es] mi lengua materna. Mis estudios formales terminaron después del grado _8o_. Actualmente estoy [desempleado] [empleado] como

_____.
(oficio o profesión)

5. [No he tomado ninguna droga, medicina ni bebida alcohólica en las últimas veinticuatro horas]. [He tomado las siguientes drogas o medicinas dentro de las últimas veinticuatro horas:

_____ ].

6. [He sido] [Nunca he sido] paciente en un hospital ni institución para enfermos mentales. En el momento presente [creo que] [creo que no] estoy enfermo(a) mentalmente [o] [ni] tengo una ineptitud mental [en algún aspecto] [en ningún aspecto].

1

7. He recibido una copia del documento acusatorio antes de ser llamado a hacer mi alegación. Lo he leído y lo he discutido con mi abogado. Entiendo que en esencia el cargo en contra mía es que yo: _Conspiracy to distribute 500 grams or more cocaine._

[añada hojas aparte si fuera necesario]

## RENUNCIA AL DERECHO A UN DOCUMENTO INCULPATORIO (SI CORRESPONDE)

8. Mi abogado me ha explicado que tengo el derecho constitucional de ser acusado mediante un documento inculpatorio formulado por un jurado indagatorio (gran jurado), pero que puedo renunciar a ese derecho y dar mi consentimiento para ser acusado mediante un informe acusatorio presentado por el fiscal federal del distrito.

9. Entiendo que a menos que yo renuncie a mi derecho al inculpatorio del gran jurado, no podría ser acusado de un delito sin que un gran jurado determinara mediante la formulación de un documento inculpatorio que hay motivo fundado para creer que se ha cometido un acto delictivo y que yo lo cometí.

10. También entiendo que si no renuncio a mi derecho a un documento inculpatorio, el gobierno puede presentarle los indicios de mi criminalidad al gran jurado y solicitar que se formule un documento inculpatorio contra mí.

11. Entiendo que el gran jurado está compuesto de 16 personas por lo menos y de no más de 23 y que por lo menos 12 de los integrantes del gran jurado tienen que determinar que hay un motivo fundado para creer que yo perpetré el acto delictivo. También entiendo que el gran jurado podría acusarme o podría no hacerlo.

12. Entiendo, además, que, al renunciar a mi derecho al inculpatorio del gran jurado, el proceso continuará contra mí basado en el informe acusatorio del fiscal federal del distrito tal como si yo hubiera sido acusado por un documento inculpatorio de un gran jurado.

13. Mi abogado me ha explicado la índole de los cargos en contra mía y hemos hablado de mi renuncia al derecho a ser acusado formalmente en un inculpatorio de un gran jurado. Entiendo completamente esos derechos, y deseo renunciar a mi derecho a un inculpatorio de un gran jurado.

14. Hago mi decisión de renunciar a mi derecho a un inculpatorio de un gran jurado a sabiendas y voluntariamente, sin que se me hayan hecho ni amenazas ni promesas para inducirme a renunciar al inculpatorio de un gran jurado.

2

## LA DECLARACIÓN JUDICIAL DE CULPABILIDAD

15. Le he dicho a mi abogado todos los hechos y circunstancias de los cuales tengo conocimiento sobre el cargo expuesto en la denuncia, el inculpatorio o el informe acusatorio (en lo adelante, documento acusatorio)

16. Estoy conforme de que mi abogado entiende la información que le he proporcionado, y que mi abogado me ha aconsejado y asesorado sobre la índole de cada cargo y sobre todos los posibles argumentos jurídicos de defensa que podría tener en esta causa.

17. Además, mi abogado me ha explicado, y yo entiendo, que se mi declaro NO CULPABLE (o persisto en mi declaración judicial de NO CULPABLE), de acuerdo con la Constitución y las leyes de los Estados Unidos tendría derecho a un juicio público, que se celebraría a la mayor brevedad por un jurado de doce personas, por los cargos contenidos en el documento acusatorio.

18. Mi abogado me ha explicado, y yo entiendo, que en dicho juicio el juez le diría al jurado que se presume que soy inocente y que se requeriría que el ministerio público comprobara, más allá de una duda razonable, que soy culpable de los cargos formulados contra mí. Entiendo que no tendría que comprobar que soy inocente, y que no podría ser culpado a menos que todos los doce integrantes del jurado votaran unánimemente para culparme.

19. Mi abogado me ha explicado, y yo entiendo, que si fuera a juicio por estos cargos, el ministerio público tendría que presentar en sesión pública a testigos que declararían contra mí, y que mi abogado podría hacerles el careo y el contrainterrogatorio y oponerse a que se aceptaran las pruebas ofrecidas por el gobierno (ministerio público).

20. Mi abogado también me ha explicado, y yo entiendo, que tengo derecho a presentar a testigos y que podría ofrecer medios de prueba para mi defensa en el juicio por estos cargo, y que yo tendría derecho, si eligiera hacerlo así, a testificar en mi propia defensa en ese juicio; pero si yo optara por no testificar, el jurado no podría sacar ninguna sugerencia ni inferencia de culpabilidad porque yo no declare en el juicio.

21. Mi abogado me ha explicado, y yo entiendo, que si me declaro CULPABLE de cualquier cargo del documento acusatorio, y el juez acepta mi declaración de culpabilidad, RENUNCIO A MI DERECHO A UN JUICIO Y A LOS OTROS DERECHOS EXPRESADOS EN LOS PÁRRAFOS 18, 19, 20 y 21 que anteceden. Me doy cuenta y entiendo que si se acepta mi declaración judicial de CULPABILIDAD, no habrá juicio, y se asentará un fallo de CULPABILIDAD, después del cual, el juez, una vez que considere el informe pre-condenatorio, me impondrá el castigo. Entiendo que si me declaro CULPABLE, el juez puede imponerme el mismo castigo legal que podría imponerme si me hubiera declarado "no culpable", hubiera ido a juicio y hubiera sido culpado por un jurado.

22. Mi abogado también me ha explicado, y yo entiendo, que si me declaro CULPABLE, RENUNCIO A MI DERECHO A NO INCRIMINARME. Entiendo que el juez me preguntará qué fue lo que yo hice y tendré que reconocer [confesar] mi culpabilidad del

3

modo imputado exponiendo mis acciones de modo que el juez pueda estar conforme de que en efecto soy culpable. Entiendo que cualquier declaración que haga en el momento de declararme CULPABLE, si no fuera cierta y la hago bajo juramento, puede servir de base para entablar un proceso por perjurio en contra mía.

23. Mi abogado me ha informado, y yo entiendo, que el castigo máximo que la ley dispone para el delito imputado en este documento acusatorio es:

    UN MÁXIMO DE __40 yr__ años de prisión y una multa de $__2 million__ por el (los) acto(s) delictivo(s) imputado(s) en el (los) Cargo(s) __1__. Mi abogado también me ha explicado, y yo entiendo, que hay (no hay) un castigo mínimo legal obligatorio de __5__ años de encarcelamiento y que hay (no hay) ninguna multa mínima legal obligatoria de $__0__ por el (los) delito(s) imputado(s) en el (los) cargo(s) __1__.

    Entiendo que si me declaro CULPABLE del (de los) Cargo(s) del documento acusatorio le hago frente a una condena máxima por esos cargos _____ años de pena a prisión, más una multa total de $_____. Mi abogado también me ha explicado, y yo entiendo, que además de las penalidades ya mencionadas, o en lugar de ellas, se me puede ordenar que haga restitución a cualquier víctima del delito, y que el tribunal puede requerir que la restitución sea en forma de servicios en vez de dinero o que la restitución se le haga a una tercera persona u organización designada en lugar de a la víctima. Entiendo que al determinar si ordenará restitución y la cantidad de la restitución, el juez considerará la cantidad de la pérdida sufrida por cualquiera de las víctimas como resultado de la infracción, mis recursos económicos, las necesidades financieras y la capacidad de ganar dinero de los que dependen de mí, y cualquier otro tipo de factores que el tribunal considere apropiado.

    Entiendo que se me impondrá un gravamen obligatorio de $100 por cada delito por el cual sea sentenciado(a) y $25 por cada falta, si la hubiera.

24. Por este medio declaro que ningún funcionario ni agente de ninguna dependencia del gobierno (federal, estatal ni municipal), ni mi abogado, ni ninguna otra persona, me ha hecho ninguna promesa ni sugerencia de ninguna clase, ni que yo sepa, a ninguna otra persona, de que recibiré una condena más leve, o libertad condicional a prueba [probatoria], o cualquier otra forma de clemencia si me declaro CULPABLE. Mi abogado me ha explicado, y yo entiendo, que únicamente el juez puede decidir el castigo que recibiré, y que si cualquier persona me ha dicho algo diferente, esa persona no me está diciendo la verdad.

**SI SE TRATA DE UNA CAUSA EN LA QUE CORRESPONDEN LAS PAUTAS FEDERALES DE SENTENCIA:** Tenga la bondad de responder los párrafos desde el 25 hasta el 34. Si no, vaya directamente al párrafo 35.

25. Entiendo que la sentencia que se ha de imponer cae dentro del poder discrecional único del juez sentenciador, sujeto a las disposiciones de la Ley de Reforma de las Sentencias de 1984.

4

26. Entiendo que al decidir la sentencia que se me va a imponer, se requiere que el juez sentenciador considere los términos de pena a prisión máximos y mínimos, las multas y los términos de libertad supervisada recomendados de acuerdo con las Pautas Federales de Sentencia. Entiendo que las Pautas de Sentencia pueden autorizar desviaciones de las recomendaciones con respecto a las penas máximas y mínimas según las Pautas de acuerdo con ciertas circunstancias.

27. Entiendo que las Pautas de Sentencia son consultivas y que el juez sentenciador también tiene que considerar los otros factores estatutarios identificados en el artículo 3553 (a) del Título 18 del Código de los Estados Unidos [8 U.S.C. § 3553 (a)] al decidir la sentencia que se ha de imponer. Entiendo que el juez tiene la autoridad de imponer una pena más severa (hasta el máximo dispuesto en el artículo legal) o menos severa que el intervalo de penas recomendado por las Pautas.

28. He discutido con mi abogado el modo en que las Pautas Federales de Sentencia podrían corresponder en mi causa judicial.

29. Entiendo que el juez no podrá determinar la pena en mi causa judicial hasta después de que se haya completado el informe pre-condenatorio y tanto el ministerio público como yo hayamos tenido la oportunidad de leer el informe e impugnar cualquiera de los hechos presentados por el agente de libertad condicional (de probatoria.)

30. Entiendo que el juez podría estar obligado a imponerme una multa de acuerdo con los requisitos legales.

31. Entiendo que mi acuerdo para la declaración de culpabilidad dispone / ~~no dispone~~ que de conformidad con ciertas circunstancias he renunciado a mi derecho a interponer un recurso de apelación o a impugnar colateralmente de la pena que se imponga en esta causa.

32. Entiendo que se ha abolido la libertad condicional bajo palabra (*parole*) y que si soy sentenciado a una pena de prisión no seré puesto en libertad condicional bajo palabra.

33. Entiendo, además, que el juez me impondrá / me podría imponer un término de libertad supervisada que seguirá a cualquier término de prisión impuesto, y que cualquier incumplimiento de ese término de libertad supervisada puede tener como resultado la imposición de un período adicional de encarcelamiento. Entiendo que estoy sujeto a un término de libertad supervisada de hasta 4 años, que es el periodo máximo legal de libertad supervisada por el delito (los delitos) de los cuales me estoy declarando culpable.

Entiendo, además, que las disposiciones de 21 U.S.C. § _____, que disponen un término mínimo de libertad su supervisada de _____ años corresponden / no corresponden en mi causa.

5

34. Entiendo que no tendré derecho a retirar mi declaración oficial de culpabilidad basándome en que la predicción hecha por cualquier persona con respecto al intervalo de las Pautas o a la condena que podría esperar resultara inexacta.

## ACUERDO PARA LA DECLARACIÓN DE CULPABILIDAD

35. Por este medio declaro que no he sido forzado, coaccionado ni amenazado en forma alguna por ninguna persona para que me declare CULPABLE a estos cargos. Ni tampoco se me ha dicho que si me niego a declararme CULPABLE, otras personas serán procesadas.

36. ~~Hay~~ [No hay] un acuerdo para la declaración de culpabilidad celebrado entre mi persona y el Fiscal Federal del Distrito, por el Fiscal Federal Delegado _____

    [✓] El acuerdo para la declaración de culpabilidad no existe por escrito.
    [ ] El acuerdo para la declaración de culpabilidad existe por escrito.
    Lo he leído o se me ha leído en español. Mi abogado me lo ha explicado y yo lo entiendo.

37. Lo esencial del acuerdo para la declaración de culpabilidad es:

    _level 23 reasonable to ∆_

38. Mi abogado me ha explicado, y yo entiendo, que si el juez acepta mi declaración de CULPABILIDAD de acuerdo con los términos del convenio para la declaración de culpabilidad, incluyendo la propuesta del gobierno de desestimar cargos o de no presentar otros cargos, el juez no está obligado a seguir los otros términos del convenio, incluyendo las estipulaciones que recomiendan que una condena en particular o un intervalo de penas en particular es apropiado, o que una disposición en particular de las Pautas corresponde o no corresponde. Entiendo que si el juez no aceptara alguno de los términos del acuerdo, o ninguno de ellos, incluyendo las estipulaciones, no tendré derecho a retirar mi declaración de CULPABILIDAD, aun cuando la resolución de mi causa judicial resulte ser menos favorable que la propuesta en el convenio para la declaración de culpabilidad.

39. Creo que mi abogado ha hecho todo lo que cualquier persona podría hacer para asesorarme y ayudarme, Y ESTOY CONFORME CON EL CONSEJO Y LA AYUDA QUE MI ABOGADO ME HA DADO.

40. Sé que el juez no le permitirá a nadie que se declare CULPABLE si afirma ser inocente, y teniendo esto en mente y porque soy CULPABLE, respetuosamente solicito que el Tribunal acepte mi DECLARACIÓN DE CULPABILIDAD y que haga que el Secretario del Tribunal anote mi DECLARACIÓN DE CULPABILIDAD del modo siguiente:

6

Al (a los) Cargo(s) _____ de este Documento Acusatorio.

41. Ofrezco mi DECLARACIÓN DE CULPABILIDAD libre y voluntariamente y por mi libre albedrío, con pleno entendimiento de todos los asuntos expresados en el documento acusatorio, en esta solicitud y en la certificación de mi abogado que está adjunta a esta solicitud.

42. Declaro, además, que deseo renunciar a la lectura del documento acusatorio en sesión pública, y solicito que el Tribunal anote oficialmente mi DECLARACIÓN DE CULPABILIDAD del modo expuesto en el Párrafo 40, que antecede.

43. Las siguientes personas, si recibió ayuda, me ayudaron a completar esta solicitud:
_Daniel R. Vaky_, _Ricardo Del Rio_

Por este medio certifico que la información precedente y las declaraciones contenidas en la presente son ciertas. Me doy cuenta de que si alguna de las declaraciones precedentes hechas por mí fueran voluntariamente falsas, estoy sujeto a castigo.

Firmado de mi puño y letra en sesión pública, en presencia de mi abogado, en este día ____ del mes de _____ del año 20__.

_____
Acusado

CERTIFICACIÓN DEL ABOGADO

_____ por este medio certifica que:

1. Soy un(a) abogado(a) en el estado de _____ y he sido [contratado(a)] [asignado(a)] para representar al (a la) acusado(a), _____, en la Causa Penal No. _____.

2. He leído y le he explicado completamente al acusado las alegaciones contenidas en el documento acusatorio.

3. A mi leal saber y entender, las afirmaciones, manifestaciones y declaraciones hechas por el acusado en la solicitud que antecede son en todo aspecto exactas y verdaderas.

4. (SI CORRESPONDE) En mi opinión, la renuncia al derecho del acusado al documento inculpatorio de un gran jurado la hace a sabiendas y voluntariamente y le recomiendo al tribunal que acepte dicha renuncia.

5. En mi opinión, la renuncia al derecho del acusado a la lectura del documento acusatorio en sesión pública del modo dispuesto por la Regla 10 la hace a sabiendas y voluntariamente y le recomiendo al tribunal que acepte dicha renuncia.

6. Le he explicado al acusado las sanciones máximas y cualquier penalidad mínima obligatoria para cada cargo. Le he explicado que se podría ordenar que hiciera restitución de acuerdo con la Ley de Protección de Víctimas y Testigos.

7. (SI SE TRATA DE UNA CAUSA DONDE CORRESPONDEN LAS PAUTAS) Le he explicado al acusado que al imponer la sentencia se requiere que el juez sentenciador considere las Pautas Federales de Sentencias, y le he explicado el modo en que las Pautas podrían corresponder a este delito y al acusado. También le he explicado al acusado que las Pautas son consultivas, no obligatorias, y que el juez sentenciador puede imponer una sentencia más alta o más baja que la recomendada por las Pautas.

8. La DECLARACIÓN DE CULPABILIDAD ofrecida por el acusado en el Párrafo 40 concuerda con lo que tengo entendido sobre los hechos que se me han relatado y es compatible con el consejo que le he dado al acusado.

9. En mi opinión, la DECLARACIÓN DE CULPABILIDAD del modo en que el acusado la ofrece en el Párrafo 40 de esta solicitud la hace voluntariamente y con pleno conocimiento de las consecuencias de dicha declaración. Recomiendo que el tribunal acepte la DECLARACIÓN DE CULPABILIDAD.

Firmado por mí en sesión pública en presencia del acusado nombrado arriba, después de haberle revelado completamente el contenido de esta Certificación al acusado, en este día _____ del mes de _____ del año 20____.

_____
Abogado del Acusado