```
                  UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW JERSEY
                      MINUTES OF PROCEEDINGS
```

NEWARK                                          DATE: 1/14/09

*JUDGE: HAYDEN*                                 *Docket #08-721*

COURT REPORTER: Ralph Florio

DEPUTY CLERK: RoseMarie Guilloty

*Title of Case:*

U.S.A.  v. Jose Lopez

*Appearances:*

Dennis Carletta, AUSA
David Oakley, Esq.

*Nature of proceedings*: SENTENCE

Interpreter sworn: Sara Garcia
Defendant is sentenced 60 months of imprisonment.
4 Years of supervised release.
Standard conditions: Defendant shall not commit another federal, state or local crime, etc.
Special conditions: shall provide full financial disclosure; shall refrain from illegal possession and/or use of drugs; shall cooperate with DNA collection, etc.
Recommendations: It is recommended that defendant be considered for vocational skills training. Defendant has prior experience as a Barber.
Restitution: n/a
Fine: waived.
Special Assessment: 100.00

Ordered defendant remanded.


Time in court: 1:15

cc: chambers                        *RoseMarie Guilloty*
                                    RoseMarie Guilloty, Deputy Clerk